Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, <br><br> Plaintiff, <br><br> vs. <br><br> SYNTEX 2000, INC dba S2K ABRASIVES <br><br> Defendants. | Case No. CV09-7966 VBF (FFMx) <br><br> **IN ADMIRALTY** <br><br> [~~PROPOSED~~] **DEFAULT JUDGMENT BY CLERK** <br> **(F.R.Civ.P. 55(b))** |

///
///
///
///
///
///

1

IT IS ADJUDGED that Maersk Line recover from Syntex 2000, Inc. dba S2K Abrasives as follows

    1)     Principal in the amount of $69,110.50;

    2)     Interest in the amount of $5,432.91;

    3)     Attorneys' fees in the amount of $4,364.42;

    4)     Costs $388.50 (per bill of costs filed concurrently herewith).

For a total judgment in the amount of $79,296.33 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: December 30, 2009     __K. Bradshaw_____
    DeputyClerk of the United States District Court

Respectfully submitted:

By:   __s/Stephen M. Uthoff_____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE

2